# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ZOA K. REBER, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 10-2274 |
| | : | |
| BRUSH WELLMAN, INC., et al., | : | |
| Defendants | : | |

## O R D E R

**AND NOW,** this 24th day of January, 2011, upon consideration of the uncontested motion of Defendant Brush Wellman, Inc., and Defendant Brush Engineering Materials, Inc., (Document #6), it is hereby ORDERED that the motion is GRANTED in its entirety.

BY THE COURT:

 /s/ *Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.